UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | |
| **SEAN T. JOHNSON** | : | Case Number: 18-CR-00293 (RJL) |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, hereby informs the Court that Assistant United States Attorney Michelle Zamarin is entering her appearance in the above captioned matter as co-counsel for the United States of America.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By:____/s/_____
Michelle Zamarin
Assistant United States Attorney
DC Bar No. 474240
Michelle.zamarin@usdoj.gov
555 4th Street, N.W.
Washington, DC 20530
(202) 252-6931